UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

United States of America

v.

Tamori Morgan

Case No. 24-3141

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____Tamori Morgan_____
[Party or Parties][1]

_____Appellant_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| Daniel T. Hansmeier | Melody Brannon |
|---|---|
| Name of Counsel | Name of Counsel |
| s/ Daniel T. Hansmeier | s/ Melody Brannon |
| Signature of Counsel | Signature of Counsel |

500 State Ave., Ste. 201, Kansas City, KS 66101
Mailing Address

| 913-551-6712 | 785-232-9828 |
|---|---|
| Telephone Number | Telephone Number |
| daniel_hansmeier@fd.org | melody_brannon@fd.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

__October 1, 2024_____
Date

___s/ Daniel T. Hansmeier_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance Form to:
               [date]
_____

at_____,

the last known address/email address, by _____.
                                                     [state method of service]

_October 1, 2024_____
Date

_s/ Daniel T. Hansmeier_____
Signature