No. 24-3141

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,  }
Plaintiff-Appellant,       }
                           }
                           } United States District Court for the
vs.                        } District Court of Kansas
                           }
                           } Case No. 6:23-cr-10047-JWB-1
TAMORI MORGAN,             }
Defendant-Appellee.        }

---

## MOTION TO CONTINUE APPOINTMENT

For the following reasons, the Kansas Federal Public Defender, via undersigned counsel, respectfully moves this Court under Tenth Circuit Rule 46.3(B)(2) to continue the Office's appointment in this case.

1. Assistant Federal Public Defender David Freund represented Mr. Morgan below.

2. Undersigned counsel is the Appellate Chief for the Kansas Federal Defender.

3. As trial counsel, Mr. Freund is intimately familiar with this case. As Appellate Chief, undersigned counsel has significant experience handling federal criminal appeals.

4. Continuation of counsel would thus allow Mr. Morgan to proceed with competent counsel.

1

5. Continuation of counsel would also avoid any unnecessary delay associated with the appointment of different counsel.

Respectfully submitted,

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101
Telephone: 913-551-6712
Fax: 913-551-6562
daniel_hansmeier@fd.org

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

The undersigned certifies that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6), in that it contains 107 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief

Dated: October 1, 2024