# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

United States of America

v.　　　　　　　　　　　　　　　Case No. 24-3141

Tamori Morgan

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

__The United States of America__
　　　　　　　　[Party or Parties][1]

_____

__Plaintiff-Appellant__, in the above-captioned case(s).
　　[Appellant/Petitioner or Appellee/Respondent]

__William A. Glaser__　　　　　　　　　　　　　_____
Name of Counsel　　　　　　　　　　　　　　　Name of Counsel

__s/William A. Glaser__　　　　　　　　　　　　_____
Signature of Counsel　　　　　　　　　　　　　Signature of Counsel

950 Pennsylvania Ave. NW, Suite 1264
Washington, D.C. 20530
__202-532-4495__　　　　　　　　　　　　　　_____
Mailing Address and Telephone Number　　　　Mailing Address and Telephone Number

__William.Glaser@usdoj.gov__　　　　　　　　_____
E-Mail Address　　　　　　　　　　　　　　　E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_October 2, 2024_____
Date

_s/William A. Glaser_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    ☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Entry of Appearance Form to:
                  [date]

_____

at_____,

the last known address/email address, by _____.
                                                                       [state method of service]

\_October 2, 2024_____
Date

\_s/William A. Glaser_____
Signature