UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAMORI MORGAN | Case No. 24-3141 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

the United States of America
[Party or Parties][1]

Appellee                                                                      , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

**James A. Brown**
Name of Counsel                                             Name of Counsel

**s/ James A. Brown**
Signature of Counsel                                        Signature of Counsel

**Assistant U.S. Attorney**
**444 SE Quincy St., Ste. 290**
**Topeka, KS 66683**
**785-295-2850**

Mailing Address and Telephone Number      Mailing Address and Telephone Number

**James.Brown2@usdoj.gov**
E-Mail Address                                              E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✗ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

10/2/2024
Date

s/ James A. Brown
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Entry of Appearance Form to:

_____ _____

At _____,

the last known address/email address, by _____.
                                                                                           [state method of service]

10/2/2024 _____
Date

/s James A. Brown _____
Signature