# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

| | | |
|---|---|---|
| **SKYLER B. O'HARA**<br>CLERK<br>E-MAIL: Skyler_OHara@ksd.uscourts.gov<br>(913) 735-2220 | Wichita, Kansas | 204 U.S.COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 |
| **KIM LEININGER**<br>CHIEF DEPUTY CLERK<br>E-MAIL: Kim_Leininger@ksd.uscourts.gov<br>(913) 735-2205 | October 3, 2024 | 490 U.S.COURTHOUSE<br>444 NE QUINCY<br>TOPEKA, KS 66683 |

Clerk, U.S. Court of Appeals
  for the Tenth Circuit

District Court Case No.:   23-cr-10047-JWB-1

Circuit Appeal No.:   24-3141

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

    **X**    The transcript was filed this date.   10/2/2024

    _____    A transcript is not necessary for this appeal.

    _____    The necessary transcript is already on file in the U.S. District Court.

    _____    The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ Sarah M. Zepick

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)