UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 3, 2024

Mr. James A. Brown
Office of the United States Attorney
District of Kansas
444 S.E. Quincy, Suite 290
Topeka, KS 66683

Mr. Bryan C. Clark
Office of the United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101

Mr. William A. Glaser
U.S. Department of Justice
Appellate Section, Criminal Division
950 Pennsylvania Avenue NW, Suite 1264
Washington, DC 20530

Mr. Aaron L. Smith
Office of the United States Attorney
District of Kansas
301 North Main, 1200 Epic Center
Wichita, KS 67202

**RE:**     **24-3141, United States v. Morgan**
Dist/Ag docket: 6:23-CR-10047-JWB-1

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on October 3, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before November 12, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Melody Brannon
        David J. Freund
        Daniel T. Hansmeier


CMW/sls