# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff–Appellant

v.

TAMORI MORGAN,
    Defendant–Appellee.

No. 24-3141

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S OPENING BRIEF

The United States moves for a 30-day extension of time, to and including December 12, 2024, within which to file its opening brief in this case. The government's opening brief is currently due on November 12, 2024. The reasons for this request are as follows:

1. Defendant–Appellee Tamori Morgan was charged with two counts of possession of a machinegun, in violation of 18 U.S.C. § 922(o). The district court granted Morgan's motion to dismiss the indictment, holding that § 922(o) violates the Second Amendment as applied to Morgan.

2. The Solicitor General is in the process of deciding whether to appeal the adverse decision in this case.

3. Additionally, undersigned counsel has been unable to focus on preparing an opening brief in this case and will need additional time to prepare a brief that is helpful to the Court. In addition to a preplanned vacation from October 7 to 17, 2024, undersigned counsel has been busy with other responsibilities, including the following:

- Writing a response brief in *United States v. Sassi Mizrahi*, No. 23-4033 (9th Cir.), which is due November 12, 2024. This case involves a 6-day jury trial for wire fraud, and the defendant raises three challenges to his conviction and sentence.

- Writing a response brief in in *United States v. Motty Mizrahi*, No. 23-4399 (9th Cir.), also due November 12, 2024. This is a separate appeal by Sassi Mizrahi's brother and co-defendant, who raises (in an oversized brief) five issues unrelated to those his brother raises.

- Drafting a brief in opposition to certiorari in *Cooper v. United States*, No. 24-5381, which is due November 14, 2024.

4. Daniel Hansmeier, counsel for Morgan, has indicated that he does not object to this request.

5. Morgan was released on bond in May 2023, and he is not currently in custody.

Wherefore, the United States respectfully requests that the Court extend the time to file the government's opening brief to December 12, 2024.

Respectfully submitted,

s/William A. Glaser
WILLIAM A. GLASER
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave, NW, St. 1264
Washington, D.C. 20530
(202) 532-4495
William.Glaser@usdoj.gov

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 336 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Calisto MT 14-point type.

s/William A. Glaser  
WILLIAM A. GLASER