No. 24-3141

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, }<br>Plaintiff-Appellant, }<br>}<br>vs. }<br>}<br>}<br>}<br>TAMORI MORGAN, }<br>Defendant-Appellee. } | United States District Court for the<br>District Court of Kansas<br><br>Case No. 6:23-cr-10047-JWB-1 |

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE'S RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the Defendant-Appellee, Tamori Morgan, through undersigned counsel, respectfully moves this Court for a 30-day extension of time, up to and including February 12, 2025 to file his response brief, currently due on January 13, 2025, and in support thereof, states:

1. In April 2023, a federal grand jury returned a two-count indictment against Mr. Morgan, charging him in each count with possession of a machinegun, 18 U.S.C. § 922(o). Gov't App. 7. Mr. Morgan moved to dismiss the counts under the Second Amendment. Gov't App. 11. The district court granted the motion. Gov't App. 65. The government appealed. Gov't App. 75.

2. The government filed its opening brief on December 12, 2024. The response brief is currently due January 13, 2025.

1

3. Since December 12, 2024, undersigned counsel has, *inter alia*: (1) filed the merits brief in *United States v. Davey*, Case No. 24-3132; (2) reviewed the reply brief in *United States v. Caldwell*, Case No. 24-3134; and (3) reviewed the reply brief in *United States v. Cunningham*, Case No. 24-3059.

4. The government's brief is 36 pages long. The table of authorities is an additional 15 pages long and includes citations to roughly 200 cases, statutes, and legal texts. Many of the sources relied on by the government are hundreds of years old and were not cited by the government in the district court. An amicus brief in support of the government has also been filed. In light of the above, undersigned counsel has not had sufficient time to review the government's cited sources or to draft a response to the government's brief.

5. The Defendant is not incarcerated. Thus, a 30-day extension will not prejudice him.

6. This is undersigned counsel's first request for an extension of time.

7. The government does not oppose this motion.

8. This motion is made in good faith and not for purposes of delay.

Respectfully submitted,

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101
Telephone: 913-551-6712
Fax: 913-551-6562
daniel_hansmeier@fd.org

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

The undersigned certifies that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6), in that it contains 320 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief

Dated: January 6, 2025