No. 24-3141

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| United States Of America,<br>Plaintiff-Appellant,<br><br>vs.<br><br>Tamori Morgan,<br>Defendant-Appellee. | United States District Court for the<br>District Court of Kansas<br><br>Case No. 6:23-cr-10047-JWB-1 |

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE'S RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the Defendant-Appellee, Tamori Morgan, through undersigned counsel, respectfully moves this Court for a 30-day extension of time, up to and including March 14, 2025 to file his response brief, currently due on February 12, 2025, and in support thereof, states:

1. In April 2023, a federal grand jury returned a two-count indictment against Mr. Morgan, charging him in each count with possession of a machinegun, 18 U.S.C. § 922(o). Gov't App. 7. Mr. Morgan moved to dismiss the counts under the Second Amendment. Gov't App. 11. The district court granted the motion. Gov't App. 65. The government appealed. Gov't App. 75.

2. The government filed its opening brief on December 12, 2024. The response brief was originally due January 13, 2025, but this Court granted Mr. Morgan's motion

1

to extend. The response brief is currently due February 12, 2025.

3. Since January 13, 2025, undersigned counsel has argued *United States v. Jordan*, No. 23-3273, and *United States v. Gulley*, No. 24-3078. Undersigned counsel has also spent a significant amount of time working on this appeal. But because of the complexity of this appeal, undersigned counsel simply has not had a sufficient amount of time to complete the brief.

4. In particular, the government's brief is 36 pages long. The table of authorities is an additional 15 pages long and includes citations to roughly 200 cases, statutes, and legal texts. Many of the sources relied on by the government are hundreds of years old and were not cited by the government in the district court. Undersigned counsel has not even been able to obtain some of the sources cited in the brief. An amicus brief in support of the government has also been filed. Moreover, this case involves the Second Amendment, and this is undersigned counsel's first foray into the Second Amendment. Second Amendment jurisprudence is nascent and still developing, and undersigned counsel has found it difficult to understand the jurisprudence. In light of the above, undersigned counsel has not had sufficient time to review the government's cited sources or to complete the response brief.

5. The Defendant is not incarcerated. Thus, a 30-day extension will not prejudice him.

6. This is undersigned counsel's second request for an extension of time.

7. The government does not oppose this motion.

8. This motion is made in good faith and not for purposes of delay.

> Respectfully submitted,
>
> s/ Daniel T. Hansmeier
> DANIEL T. HANSMEIER
> Appellate Chief
> Assistant Federal Public Defender
> 500 State Avenue, Suite 201
> Kansas City, KS 66101
> Telephone: 913-551-6712
> Fax: 913-551-6562
> daniel_hansmeier@fd.org

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

The undersigned certifies that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6), in that it contains 400 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

> s/ Daniel T. Hansmeier
> DANIEL T. HANSMEIER
> Appellate Chief

Dated: February 5, 2025