No. 24-3141

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,　　　}
Plaintiff-Appellant,　　　　　　}
　　　　　　　　　　　　　　　　}　　United States District Court for the
 vs.　　　　　　　　　　　　　　}　　District Court of Kansas
　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　}　　Case No. 6:23-cr-10047-JWB-1
TAMORI MORGAN,　　　　　　　　}
Defendant-Appellee.　　　　　　}
_____

## UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(e), Defendant-Appellee Tamori Morgan, through counsel, respectfully moves this Court for leave to supplement the record on appeal. In support, undersigned counsel states:

1. Defendant-Appellee's brief is currently due on March 14, 2025.

2. On December 12, 2025, the government filed its appendix. Undersigned counsel has determined that the record needs to be supplemented with Defendant's Reply to Response to Motion to Dismiss (D.E. 29).

Accordingly, Mr. Morgan moves this Court to supplement the record on appeal to include D.E. 29. The government does not oppose this motion.

Respectfully submitted,

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101
Telephone: 913-551-6712
Fax: 913-551-6562
daniel_hansmeier@fd.org

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

The undersigned certifies that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6), in that it contains 95 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

s/ Daniel T. Hansmeier
DANIEL T. HANSMEIER
Appellate Chief

Dated: March 7, 2025