FILED
United States Court of Appeals
Tenth Circuit

March 7, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

TAMORI MORGAN,

    Defendant - Appellee.

-----------------------------

BRADY CENTER TO PREVENT GUN VIOLENCE, et al.,

    Amici Curiae.

No. 24-3141
(D.C. No. 6:23-CR-10047-JWB-1)
(D. Kan.)

_____

**ORDER**

_____

    This matter is before the court on appellee Tamori Morgan's *Unopposed Motion to Supplement the Record on Appeal*. Upon consideration, the court denies the *Motion* as unnecessary.

    Because this appeal is not proceeding on a record on appeal, there is no record on appeal to supplement. As Mr. Morgan observes in the *Motion*, this appeal is proceeding on an appendix prepared and filed by appellant United States of America. (Dkt. Nos. 18-19.)

Accordingly, if Mr. Morgan believes that appellant's appendix omits items that should be included, he may prepare and file a supplemental appendix. *See* 10th Cir. R. 30.2.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk