UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

United States of America

v.

Tamori Morgan

Case No. 24-3141

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Gun Owners of America, Inc., Gun Owners of California, Inc., Minnesota Gun Owners Caucus, and Second Amendment Defense and Education Coalition, Ltd., Amici

[Party or Parties][1]

[Appellant/Petitioner or Appellee/Respondent], in the above-captioned case(s).

Anna M. Barvir
Name of Counsel

s/ Anna M. Barvir
Signature of Counsel

180 E. Ocean Blvd., Ste. 200, Long Beach, CA 90802
(562) 216-4444
Mailing Address and Telephone Number

abarvir@michellawyers.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

March 21, 2025
_____
Date

s/Anna M. Barvir
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

## CERTIFICATE OF SERVICE

I hereby certify that:

✓  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On _____ I sent a copy of this Entry of Appearance
              [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                  [state method of service]

 March 21, 2025
_____
Date

 s/Anna M. Barvir
_____
Signature