UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

United States of America

v.

Tamori Morgan

Case No.  24-3141

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The Attorneys on Retainer Association
_____

[Party or Parties][1]

_____


_____; in the above-captioned case(s).

     [Appellant/Petitioner or Appellee/Respondent]


Andrew C. Marcantel
_____
Name of Counsel

*Andrew C. Marcantel*
_____
Signature of Counsel

3182 South Price Road, Chandler, Arizona
_____

85248, (480) 755-7110

Mailing Address and Telephone Number
_____

andy@attorneysforfreedom.com

E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

> direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

> disclosed to the court.

03/24/2025
_____
Date

*Andrew C. Marcantel*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or
            (2) have consented to electronic service in this case; or

☑ On     03/24/2025            I sent a copy of this Entry of Appearance
                      [date]

Form to:
I certify that on March 24, 2025, I emailed copies of this Entry of Appearance

at   Daniel_Hansmeier@fd.org, melody_brannon@fd.org, William.Glaser@usdog.gov, James.Brown2@usdoj.gov ,

the last known address/email address, by email.


03/24/2025
Date

*Andrew C. Marcantel*
Signature