# Custody Status Questionnaire

Case Number and Caption: 24-3141; United States v. Morgan

I am the attorney of record for: Tamori Morgan
[name of party represented]

My client presently is:

☐ Released on Secured Bond Pending Appeal.

☐ Released on Recognizance (or Unsecured Bond) Pending Appeal.

☐ Incarcerated in a Federal Prison as a result of:
Choose one: ____

☐ Incarcerated in some other Federal Correctional Facility as a result of:
Choose one: ____

☐ Incarcerated in a State Penitentiary as a result of:
Choose one: ____

☐ Incarcerated in Local Jail as a result of:
Choose one: ____

☐ On Parole or Other Conditional Release as a result of:
Choose one: ____

Other / Explain

Released because the indictment was dismissed

Date: 05/22/2025     Signature: Daniel Tyler Hansmeier
Digitally signed by Daniel Tyler Hansmeier
Date: 2025.05.22 13:34:47 -05'00'

This form must be filed by counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal), counsel for the petitioner in a habeas corpus or immigration appeal, or counsel for any appellant or appellee who is in custody in any other appeal. This form must be filed even if the case has been submitted on the briefs. If the party is pro se, the form need not be submitted.

For questions, you can contact the Calendar Team at:
Phone: 303-335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov