**U.S. Department of Justice**

Criminal Division

---

*Appellate Section*                                              *Washington, D.C. 20530*


July 18, 2025


Hon. Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

      Re:    *United States v. Tamori Morgan*, No. 24-3141
             Oral argument held July 8, 2025


Dear Mr. Wolpert:

      The United States respectfully submits this letter to update the discussion in its opening and reply briefs regarding the number of machineguns registered to civilians. Relying on *Hollis v. Lynch*, 827 F.3d 436, 449 (5th Cir. 2016), which in turn relied on a 2016 letter sent by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in response to a Freedom of Information Act request, the opening brief asserted that, in 2016, there were "175,977 pre-1986 civilian-owned machineguns in existence." Opening Br. 20; *see* Reply Br. 2, 18-19.

      ATF has recently clarified that, as of June 2025, the total number of registered machineguns that are "transferable to a private individual or between private individuals is approximately 234,718." ATF.gov, Data & Statistics, Machineguns Registered in the National Firearms Registration and Transfer Record**,** https://www.atf.gov/resource-center/data-statistics (last reviewed July 7, 2025). ATF explains that this number may include machineguns that "no longer function," that are in fact possessed by government or licensed entities, or that are possessed by individuals outside the United States. *Id.* Accordingly, the United States submits this letter to clarify that the total number of functioning machineguns lawfully possessed by civilians within the United States is, according

to current ATF estimates, no higher than 234,718. That number may, of course, be substantially lower for the reasons given by ATF.

                            Respectfully submitted,

                            <u>s/William A. Glaser</u>
                            WILLIAM A. GLASER
                            Attorney, Appellate Section
                            Criminal Division
                            U.S. Department of Justice
                            950 Pennsylvania Ave., N.W., Ste. 1264
                            Washington, DC 20530
                            (202) 532-4495
                            William.Glaser@usdoj.gov